**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 08-10226

ONE 2003 CHEVROLET AVALANCHE, et al.,

    Defendants *in Rem*.
    _____/

**ORDER GRANTING MOTION TO WAIVE THE LOCAL COUNSEL REQUIREMENTS,
DIRECTING COUNSEL TO BECOME AN E-FILER, AND SETTING DEADLINE TO
FILE RESPONSE**

On October 19, 2010, attorney Robert E. Barnes filed a motion, on behalf of Claimants Albert and Judith Hodgson, to waive the local counsel requirements of Local Rule 83.20(f) of the Eastern District of Michigan, citing substantial cost to the Claimants if the rule is enforced. The court will grant the motion, and will swear in Mr. Barnes before the next hearing in this matter. The court notes that Mr. Barnes is not yet an e-filer, despite an October 20, 2010, notice by the clerk's office of this court's requirements, and he must become one to practice before the court in a pending matter. E.D. Mich LR App. ECF R3; *see* E.D. Mich. LR 5.1.1.

In addition, the Government filed a motion to partially reopen the case for the purpose of an interlocutory sale, on November 16, 2010. In that motion, the Government averred that it has had difficulty communicating with Claimants and Mr. Barnes despite numerous attempts. Accordingly,

IT IS ORDERED that Claimants' "Motion to Waive the Local Counsel Requirements of Local Rule 83.20(f)" [Dkt. # 17] is GRANTED.

IT IS FURTHER ORDERED that attorney Robert E. Barnes is DIRECTED to comply with Rule 3 of the ECF Appendix to the Local Rules by **December 2, 2010**.

Finally, IT IS ORDERED that Claimants Albert and Judith Hodgson FILE a response to the Government's "Motion for Entry of an Order to Partially Reopen the Civil Case for the Sole Purpose of Allowing the Interlocutory Sale" [Dkt. # 19] by **December 7, 2010**.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 22, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 22, 2010, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522