**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 08-10226

ONE 2003 CHEVROLET AVALANCHE, et al.,

    Defendants *in Rem*.
_____/

**ORDER GRANTING MOTION TO WAIVE THE LOCAL COUNSEL REQUIREMENTS**
**AND DIRECTING COUNSEL TO BECOME AN E-FILER**

On January 31, 2011, attorney Daniel J. Treuden filed a motion, on behalf of Claimants Albert and Judith Hodgson and Pacificherbal, LLC, to waive the local counsel requirements of Local Rule 83.20(f) of the Eastern District of Michigan, citing substantial cost to the Claimants if the rule is enforced.  The court will grant the motion, in accordance with its order of January 20, 2011, and will swear in Mr. Treuden before the next hearing in this matter.  The court notes that Mr. Treuden is not yet an e-filer, despite a February 1, 2011, notice by the clerk's office of this court's requirements, and he must become one to practice before the court in a pending matter.  E.D. Mich LR App. ECF R3; *see* E.D. Mich. LR 5.1.1.  Accordingly,

    IT IS ORDERED that Claimants' "Motion to Waive the Local Counsel Requirements of Local Rule 83.20(f)" [Dkt. # 28] is GRANTED.

IT IS FURTHER ORDERED that attorney Daniel J. Treuden is DIRECTED to comply with Rule 3 of the ECF Appendix to the Local Rules by **February 28, 2011**.

     s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  February 14, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 14, 2011, by electronic and/or ordinary mail.

     s/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522