UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                Plaintiff,

vs.

**ONE 2003 CHEVROLET AVALANCHE VIN: 3GNEK13T73G131767, ONE 2002 CENTURION 21' BOAT HULL NO. FNEB0452D202, ONE BOATMATE TRAILER VIN: 5A7BB22242T001608, THIRTY THOUSAND DOLLARS IN U.S. CURRENCY, ($30,000.00), SIXTY-ONE THOUSAND SIX HUNDRED FORTY-SEVEN DOLLARS AND EIGHTY-SEVEN CENTS IN U.S. CURRENCY ($61,647.80) FROM FIRST NATIONAL BANK ACCOUNT NUMBER 7700339, THIRTY-SIX THOUSAND TWO HUNDRED SEVENTY-FIVE DOLLARS AND TWENTY-FIVE CENTS IN U.S. CURRENCY ($36,275.25) FROM TCF BANK ACCOUNT NUMBERS 2867954730 AND 4867954725, AND SEVEN THOUSAND NINE HUNDRED NINETY-SIX DOLLARS IN U.S. CURRENCY ($7,996.00);**

Civil No. 08-10226
Honorable Robert H. Cleland
Magistrate Judge Mona K. Majzoub

        Defendants *In Rem*.
_____/

**ORDER REOPENING CASE AND CONSENT
JUDGMENT AND FINAL ORDER OF FORFEITURE**

Based upon the Stipulation for Entry of Order Reopening Case and for Entry of Consent Judgment and Final Order of Forfeiture filed in this case (the "Stipulation"), which is incorporated by reference herein, and based upon Judith Hodgson's Notice of Withdrawal of Claim and Answer, and the Court being otherwise advised in the premises; now, therefore;

**THE COURT HEREBY FINDS THAT**

1. This action is a civil in rem forfeiture action brought pursuant to 31 U.S.C. § 5317(c)(2) resulting from violations of 31 U.S.C. § 5324(a).

2. This Court has jurisdiction and venue over the subject matter and the parties, and venue over this action, pursuant to 28 U.S.C. §§ 1345, 1355, 1391, and 1395.

3. The allegations of the Complaint are well taken, the United States and its agents had reasonable cause for seeking forfeiture of the above-enumerated property as provided in 28 U.S.C. § 2465, the Government's position in this action is substantially justified as provided in 28 U.S.C. § 2412(d)(1)(B), and Claimants shall not claim or seek attorney fees from the United States under the Civil Asset Forfeiture Reform Act, the Equal Access to Justice Act, or any other act, statute, or regulation.

**THE COURT HEREBY ORDERS THAT**

4. This matter is hereby reopened for the purpose of entering this Consent Judgment and Final Order of Forfeiture.

5. The items listed below **ARE HEREBY FORFEITED** to the United States pursuant to 31 U.S.C. § 5317(c)(2):

   a) All proceeds realized from the interlocutory sale of One 2003 Chevrolet Avalanche VIN: 3GNEK13T73G131767;

   b) All proceeds realized from the interlocutory sale of One 2002 Centurian 21' Boat with Hull No. FNEB0452D202;

   c) All proceeds realized from the interlocutory sale of One Boatmate Trailer VIN: 5A7BB22242T001608;

   d) Thirty Thousand Dollars ($30,000.00) in United States Currency seized on August 10, 2007;

   e) Sixty-One Thousand Six Hundred Forty-Seven Dollars and Eighty Cents ($61,647.80) in United States Currency seized on August 10, 2007, from First National Bank account number 7700339 held in the names of Judith Hodgson and Albert Hodgson;

   f) Thirty-Six Thousand Two Hundred Seventy-Five Dollars and Twenty-Five Cents ($36,275.25) in United States Currency seized on August 10, 2007, from TFC Bank account number(s)

        2867954730 and 4867954725, both held in the names of Judith Hodgson and Albert Hodgson; and

    g)    Seven Thousand Nine Hundred Ninety-Six Dollars ($7,996.00) in U.S. Currency seized on August 10, 2007,

(collectively referred to as the "Subject Property").

Further, any right, title or interest of Claimants and their successors and assigns, and any right, title and ownership interest of all other persons in the Subject Property listed above in this Paragraph is **HEREBY FOREVER EXTINGUISHED**, and clear title to the Subject Property **IS HEREBY VESTED** in the United States of America, and the United States Department of Homeland Security, and/or the Department of Treasury are **HEREBY AUTHORIZED** to dispose of such property according to law.

8.    The parties shall bear their own costs and attorney fees in this matter.

                              <u>s/Robert H. Cleland</u>
                              HONORABLE ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: November 2, 2014